11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

                                                         

Danny J. Hawk and Mitchell R. Henson

Appellants

Vs.                   No. 11-02-00097-CV B Appeal from Dallas County

E.K. Arledge, Inc.;
Cynthia Diane Arledge Robertson;

and Founders
National BankBSkillman

 

Appellees

 

                                                           On
Motion for Rehearing

In our original opinion, we held that the
trial court erred in awarding attorney=s fees to appellees.  In their
motion for rehearing, appellants claim that, if the attorney=s fees are not recoverable by E.K. Arledge,
Inc., then neither are the expenses awarded to it.  The trial court segregated the awards in its order.  We note that, while it could be said that
the complaint which appellants make regarding expenses is made for the first
time on motion for rehearing, we believe that the argument regarding expenses
is a question which is fairly included in the original issue and, therefore, is
not waived.  See TEX.R.APP.P.
38.1(e).  Furthermore, just as the
attorney=s fees were not allowable for the reasons
stated in our original opinion, neither are the expenses awarded by the trial
court to Arledge.

We have considered all of appellants= remaining arguments on motion for rehearing,
and they are overruled. 

The motion for rehearing is granted in part
and overruled in part.

Our opinion and judgment are amended to omit
the $14,316.93 award of expenses to Arledge.

 

May 1, 2003                                                                            JIM
R. WRIGHT

Panel consists
of: Arnot, C.J., and                                             JUSTICE

Wright, J., and McCall, J.